**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN THE INTEREST OF: M.G.      :   No. 47 MAL 2020
      : 
      : 
PETITION OF: M.G.          :   Petition for Allowance of Appeal
      :   from the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of July, 2020, the Petition for Allowance of Appeal is **DENIED**.